PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

## IN THE UNITED STATES DISTRICT COURT
### FOR THE _NORTHERN_ DISTRICT OF TEXAS
### _Amarillo_ DIVISION

_VINICIO J GARCIA_
Plaintiff's Name and ID Number

_MARK Michael_
Place of Confinement

*Re Questing JURY TRIAL Constitutional issue under Rule 51*

CASE NO. **2-21 CV-207-2**

(Clerk will assign the number)

v.

_Counselor EVANS Bill Clements unit_
Defendant's Name and Address

_SGT Murphy Bill Clements unit_
Defendant's Name and Address

_CAPT JUDD Bill Clements unit_
Defendant's Name and Address
( DO NOT USE "ET AL.")

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
          FILED
       OCT - 7 2021
CLERK, U.S. DISTRICT COURT
By_____
         Deputy
```

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **<u>DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.</u>** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID) , the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✔ YES ___ NO

    B.  If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit: 8/30/2017

        2.  Parties to previous lawsuit:
        Plaintiff(s) VINICIO J GARCIA
        Defendant(s) DARRYL GLENN et al

        3.  Court: (If federal, name the district; if state, name the county.) US District JUDGE US District Northern District Amarillo Division M. KACSMARYK

        4.  Cause number: 2:17-CV-164

        5.  Name of judge to whom case was assigned: JUDGE M. KACSMARYK

        6.  Disposition: (Was the case dismissed, appealed, still pending?) APPEALED

        7.  Approximate date of disposition: filed writ of certiorari

Rev. 05/15

II.   PLACE OF PRESENT CONFINEMENT: MARK Michael Tennessee Colony, Tx

III.  EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES   ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.   PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Vinicio Jesus Garcia MARK Michael unit 9601 SPUR 591 2664 FM 2054 Tennessee Colony, TX 75886

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Counselor EVANS only address I Know is Bill Clements 9601 SPUR 591 Amarillo, TX

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Lied at Disciplinary hearing Due Process Violation

Defendant #2: SGT Murphy Bill Clements 9601 SPUR 591 Amarillo, Tx

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Lied false accusation

Defendant #3: CAPT JUDD Bill Clements 9601 Spur 591 Amarillo, Tx

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Due Process violation at Disciplinary hearing

Defendant #4: Guard Mitchell Bill Clements 9601 Spur 591 Amarillo, Tx

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Guard deliberately pushes his hand against testicles on more than one occasion

Defendant #5: CAPT Flowers Bill Clements 9601 SPUR 591 Amarillo, Tx

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Lied at Disciplinary hearing gave false cause List attached

Rev. 05/15

3

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

_____

_____

_____

_____

_____

_____

_____

_____

_____

VI.   RELIEF:

State briefly exactly what you want the court to do for you.    Make no legal arguments.  Cite no cases or statutes.

_____

_____

VII.  GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

_____

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

_____

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES ____NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1.  Court that imposed sanctions (if federal, give the district and division): _____

   2.  Case number: _____

   3.  Approximate date sanctions were imposed: _____

   4.  Have the sanctions been lifted or otherwise satisfied?                    ____YES ____NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed? ____ YES ____NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued.
(If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _____

2. Case number: _____

3. Approximate date warning was issued: _____

Executed on: __9/28/2021__
           DATE

_____
(Signature of Plaintiff)
1828198

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ____28th____ day of ___September___, 20 _21_ .
        (Day)              (month)       (year)

_____
(Signature of Plaintiff)
1828198

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

UNITED STATES DISTRICT COURT NORTHERN DISTRICT
      OF TEXAS  AMARILLO DIVISION

    LISTING OF PREVIOUS LAWSUIT
  B    FROM PAGE (2) of FORM provided
1) APPROXIMATE DATE of LAWSUIT
        Amended filed NOV 22, 2020

  2) Parties to Previous LAWSUIT
     Plaintiff  Vinicio J GArcia
     Defendants EMILY Reed et al

  3) US District Court Northern District
     Amarillo Division
 4) CAUSE # USDC  2:20-CV-007

   5) NAME of JUDGE To whom case was
 assigned

   US District JUDGE  MATTHEW J. KACSMARYK
  6) DISPOSITION : Pending

                    1A

UNITED STATES DISTRICT COURT NORTHERN DISTRICT
OF TEXAS AMARILLO DIVISION

III. EXHAUSTION of GRIEVANCE Procedures

I DO NOT HAVE COPIES OF GRIEVANCES TO
PROVIDE FOR THE COURT IN THE FILING OF
THIS CIVIL COMPLAINT 81983

I am LISTING THE DATES Filed and individuals
NAMED IN Grievance and REQUEST THAT
COPIES BE Provided by TDCJ

I am CURRENTLY indigent and Proceeding
PRO SE

GRIEVANCE # 2020023222 STEP(1) Filed
OCT 16, 2019 STEP(2) Dec 26, 2019 AGainst
SGT MURPHY counselor EVANS CAPT JUDD

   THE Following GrievancES are all related
TO Guard Mitchell incident of deliberately
Pushing his hand aGainst MY Testicles Twice
ON Video

Grievance # 2020029569 STEP(1) filed
Oct 31, 2019 STEP(2) filed Dec 10, 2019 against
Guard Mitchell

Grievance # 2020034690 STEP(1) Filed NOV 12, 2019
STEP(2) filed JAN 5 2020 against
CAPT JUDD COUNSELOR EVANS CAPT Flowers

GRIEVANCE # 2020033229 STEP(1) Filed NOV 8, 2019
WARDEN Richerson  S. Patton denies Grievance

Grievance # 2020037977 # 2020037819
are refused by Grievance officers Patton and Turner

2A

UNITED STATES DISTRICT COURT NORTHERN DISTRICT
OF TEXAS   Amarillo DIVISION

CONTINUED LISTING OF GRIEVANCES for § 1983
THE Following GRIEVANCES are tied to Lt Whalen
incident involving attending a Religious Service

Grievance # 2020 072 624 STEP (1) filed Feb 3, 2020
STEP (2) filed JUNE 10, 2020   LT Whalen Asst
WARDEN JOE TOVAR
GRIEVANCE # 2020 075 841 STEP (1) filed Feb 8, 2020
Step (2) filed APRIL 2, 2020 AGAINST CAPT RAINES
LT Whalen Asst WARDEN JOE TOVAR
THE Following GRIEVANCES are tied to
GRIEVANCE # 2020 034690
where Patton and TURNER Refuse to
Process Grievances against PREA
Representative
GRIEVANCE # 2020 037977 filed NOV 18, 2019
and Grievance # 2020038189

3A

UNITED STATES DISTRICT COURT NORTHERN District
OF TEXAS AMARILLO DIVISION

CONTINUED LISTING of CIVIL complaint § 1983

IV. Parties to this suit IN All instances the
ONly address I have is Bill Clements 9601
SPUR 591 Amarillo, TX

Defendant #6 CAPT RAINES Due Process
Violation at hearing Biased BY ignoring
Statements of Lt Whalen

Defendant #7 Lt Whalen lied at Disciplinary
hearing Blatant disregard for video evidence

Defendant #8 Asst WARDEN JOE
TOVAR - Blatant disregard for video evidence
Lied on Grievance Response

Defendant #9 Grievance officer Pitton AIDED
and abetted due Process violation

Defendant #10 Grievance officer Turner Aided
And Abetted due Process violation

Defendant #7 Lt Whalen - Lied at hearing
IN face of video evidence took Bible
exposed me to harm bY taking JACKet in
INclement weather

Defendant #11 WARDEN Richerson aided
and abetted Due Process violation

4A

UNITED STATES DISTRICT COURT NORTHERN DISTRICT
OF TEXAS AMARILLO DIVISION

CONTINUED LISTING OF CIVIL Complaint §1983

V. STATEMENT of the Claim

All cases occurred at the Bill Clements unit
All Disciplinary hearing violations occurred
IN ONE Building. ALL allegations are Supported
by video. evidence which was ReQuested be
Preserved as evidence for legal recourse.

AT hearing on OCT 9+10 2019 SGT MURPHY
lied about threatening him - CAPT JUDD
Refused to let me introduce video evidence

AT hearing on NOV 1, 2019 CAPT Flowers and
counselor EVANS lie that I am not on video
when I state that Guard Mitchell touched
my Testicles - I am in EVANS counselor
Section Bldg I on that date OCT 29, 2019
making a statement CAPT JUDD iGnores
evidence and is Biased I ask for Preservation
of video

AT hearing of Feb 3, 2020 Lt Whalen lies
despite video evidence - CAPT Raines ignores
whalen admitting he didn't read LAY-IN

5A

UNITED STATES DISTRICT COURT NORTHERN District
OF TEXAS Amarillo Division

## V. STATEMENT of the Claim

Grievance Officers PATTON and Turner refused to
Process my Grievance against PREA for
not Responding to my sexual harassment
complaint against Mitchell
Asst WARDEN TOVAR ignores video evidence
I am denied the Right to APPLY for
Religious Schooling. I can not attend
certain Religious Services. I am denied
rights under PREA
 I am exposed to retaliation and intimidation
 I am have my Bible and Property taken

6 A

UNITED START DISTRICT COURT NORTHERN District
Office of the CLERK

205 S.E. 5th AVE Rm 133

AMARILLO, TX 79101

VINICIO J GARCIA
1828198
MARK michael
2664 Fm 2054
Tennessee Colony, TX

CONFIRMATION

REQUEST   SEPT 28, 2021

IN RE: CIVIL complaint §1983

ENCLOSED are the following

SELF Addressed STAMPED ENVELOPE                1
TWO COPIES of complaint  5 Pages
of standard form plus attached sheets
Numbered 1-6 and 1A-6A for courts
convenience They include attached
sheets of Part III B  PART IV and
PART 5
3 COPIES of CONFIRMATION REQUEST,
I ask the CLERK File STAMP Plaintiff's
COPY of CONFIRMATION REQUEST
and Return in SASE
                    Thank You
6 month STATEMENT enclosed
The documents were Placed in a sealed
envelope and Placed in ISE for LAW
Library to Sent Postage Prepaid to
the afore mentioned CLERK
I swear under Penalty of Perjury the
above statements are true and correct
executed on OCT 1, 2021  Vinicio J Garcia
                    1828198



Vincent J Garcia
1828798
Mark Michael
2664 FM 2054
Tennessee Colony, TX 75886

LEGAL
MAIL

RECEIVED
OCT - 7 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Office of the CLERK
United States District Court
Northern District
205 S.E. 5th AVE Room 133
Amarillo, TX 79101