IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

VINICIO J. GARCIA,

    Plaintiff,

v.

                              2:21-CV-207-Z-BR

COUNSELOR EVANS, *et al.*,

    Defendants.

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
## AND
## DISMISSING CIVIL RIGHTS CLAIM

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss the civil rights claim filed by Plaintiff. ECF No. 1. No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED**, and the case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

July __19__, 2023

                                                  MATTHEW J. KACSMARYK
                                                UNITED STATES DISTRICT JUDGE